IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA (READING)

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JASON T. COLE, | : | |
| DEBTOR | : | BANKRUPTCY NO. 18-13086-ref |

## ORDER

AND NOW, upon consideration of the *Stipulation Regarding Secured Value of 2011*

*Chrysler Town & Country and Pre-Confirmation Adequate Protection Payments to Be Made*

*by the Trustee to Riverfront Federal Credit Union*, and upon consideration of any responses

thereto, it is hereby

ORDERED that the terms of the Stipulation are hereby approved.

BY THE COURT:

**Date: June 25, 2018**

_____

Richard E. Fehling, J.