```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                    Case No. 18-13086-ref
Jason T. Cole                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Keith            Page 1 of 1            Date Rcvd: Jun 26, 2018
                            Form ID: pdf900        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2018.
```
db             +Jason T. Cole,    601 El Hatco Drive,    Temple, PA 19560-1109
cr             +Riverfront Federal Credit Union,    c/o Eden R. Bucher, Esquire,    Leisawitz Heller,
                 2755 Century Boulevard,    Wyomissing, PA 19610-3346
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jun 27 2018 02:50:28      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 1
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2018 at the address(es) listed below:
```
              BRENNA HOPE MENDELSOHN    on behalf of Debtor Jason T. Cole tobykmendelsohn@comcast.net
              EDEN R. BUCHER    on behalf of Creditor    Riverfront Federal Credit Union
               ebucher@leisawitzheller.com, medwards@leisawitzheller.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA (READING)

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JASON T. COLE, | : | |
| DEBTOR | : | BANKRUPTCY NO. 18-13086-ref |

## **ORDER**

AND NOW, upon consideration of the *Stipulation Regarding Secured Value of 2011 Chrysler Town & Country and Pre-Confirmation Adequate Protection Payments to Be Made by the Trustee to Riverfront Federal Credit Union*, and upon consideration of any responses thereto, it is hereby

ORDERED that the terms of the Stipulation are hereby approved.

BY THE COURT:

**Date: June 25, 2018**

Richard E. Fehling, J.

{01268298 }