UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                  :
                                        :
   JASON T. COLE               : Bankruptcy No.  18-13086REF
                                        :
   Debtor(s)                    : Chapter 13

\* \* \* \* \* \* \*

HEARING TO BE HELD:
Date:  **November 1, 2018**
Time: **09:00 a.m.**
Place: United States Bankruptcy Court
       Courtroom #1, 3rd Floor
       The Madison
       400 Washington Street
       Reading, PA 19601

\* \* \* \* \* \* \*

**NOTICE OF AMENDED MOTION, RESPONSE DEADLINE
AND HEARING DATE**

    William C. Miller, Esq., Interim Chapter 13 Trustee, has filed Trustee's Amended Motion to Dismiss Pursuant to 11 U.S.C. Section 1307 with the Court for dismissal of this case.

    **YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)**

1. If you do not want the Court to grant the relief sought in the amended motion or if you want the Court to consider your views on the amended motion, then on or before **October 31, 2018** you or your attorney must do ALL of the following:

    (a)  file an answer explaining your position at

       United States Bankruptcy Court
       Clerk's Office
       The Madison, Suite 300
       400 Washington Street
       Reading, PA  19601

If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

      (b)  mail a copy to movant:

      Rolando Ramos-Cardona, Esq.
      for
      William C. Miller, Esq.
      Interim Chapter 13 Trustee
      2901 St. Lawrence Avenue
      Reading, Pennsylvania 19606
      Telephone:  (610) 779-1313
      Fax:           (610) 779-3637

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the amended motion.

3. A hearing on the amended motion is scheduled to be held before The Honorable RICHARD E. FEHLING, United States Chief Bankruptcy Judge, on Thursday, November 1, 2018 at 9:00 a.m., in United States Bankruptcy Court, Courtroom #1, The Madison, 3rd Floor, 400 Washington Street, Reading, PA 19601.

4. If a copy of the amended motion is not enclosed, a copy of the amended motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office at (610) 208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

Date:  October 17, 2018.