United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 18-13086-ref
Jason T. Cole                                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: Keith              Page 1 of 1              Date Rcvd: Dec 21, 2018
                       Form ID: pdf900           Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2018.
db         +Jason T. Cole,    601 El Hatco Drive,    Temple, PA 19560-1109
cr         +Riverfront Federal Credit Union,    c/o Eden R. Bucher, Esquire,    Leisawitz Heller,
             2755 Century Boulevard,    Wyomissing, PA 19610-3346

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr         +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2018 03:53:29      Synchrony Bank,
             c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2018 at the address(es) listed below:
        BRENNA HOPE MENDELSOHN    on behalf of Debtor Jason T. Cole tobykmendelsohn@comcast.net
        EDEN R. BUCHER   on behalf of Creditor   Riverfront Federal Credit Union
              ebucher@leisawitzheller.com,   medwards@leisawitzheller.com
        FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
              ecf_frpa@trustee13.com
        REBECCA ANN SOLARZ   on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
              ECF_FRPA@Trustee13.com
        WILLIAM  MILLER*R    ecfmail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:  Jason T. Cole,** | : | Chapter 13 |
| | : | |
| **Debtor** | : | |
| | : | Bankruptcy No. 18-13086-ref |
| | : | |

### ORDER

AND NOW, upon consideration of the Application for Allowance of Compensation Pursuant to Section 330 of the United States Bankruptcy Code ("Application").

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $4,000.00, of which $625.00 was received pre-petition.

BY THE COURT

**Date: December 21, 2018**

_____
Richard E. Fehling
U.S. Bankruptcy Judge