| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 18-13086-PMM**

JASON T COLE
601 EL HATCO DRIVE
TEMPLE  PA   19560

Petition Filed Date: 05/08/2018
341 Hearing Date: 06/19/2018
Confirmation Date: 12/20/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $300.00 |  | 02/08/2019 | $300.00 |  | 02/14/2019 | ($300.00) | Reverse Trans： |
| 02/25/2019 | $300.00 |  | 03/07/2019 | $300.00 |  | 04/12/2019 | $300.00 |  |
| 05/13/2019 | $300.00 |  | 06/14/2019 | $300.00 |  | 07/08/2019 | $300.00 |  |
| 08/02/2019 | $300.00 |  | 09/09/2019 | $300.00 |  | 10/17/2019 | $300.00 | 6260677000 |
| 11/04/2019 | $300.00 | 6306497000 | 12/03/2019 | $300.00 | 6378350000 | 01/06/2020 | $300.00 | 6458124000 |
| 02/05/2020 | $300.00 | 6532530000 | 03/03/2020 | $300.00 | 6610061000 | 04/06/2020 | $300.00 | 6689453000 |
| 05/11/2020 | $300.00 | 6781863000 | 06/01/2020 | $300.00 | 6829154000 | 07/07/2020 | $300.00 | 6924186000 |
| 08/03/2020 | $300.00 | 6986940000 | 08/06/2020 | ($300.00) | 6986940000 | 08/07/2020 | $300.00 | 6997373000 |

**Total Receipts for the Period: $6,000.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $7,850.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 5 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 005 | Unsecured Creditors | $325.21 | $0.00 | $325.21 |
| 1 | CAVALRY INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $783.42 | $0.00 | $783.42 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 006 | Unsecured Creditors | $923.07 | $0.00 | $923.07 |
| 4 | M&T BANK<br>»» 004 | Mortgage Arrears | $15,949.38 | $1,599.92 | $14,349.46 |
| 3 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 003 | Unsecured Creditors | $320.38 | $0.00 | $320.38 |
| 2 | RIVERFRONT FEDERAL CU<br>»» 002 | Secured Creditors | $10,216.96 | $1,654.68 | $8,562.28 |
| 7 | MENDELSOHN & MENDELSOHN PC<br>»» 007 | Attorney Fees | $3,375.00 | $3,375.00 | $0.00 |

**Chapter 13 Case No. 18-13086-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,850.00 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $6,629.60 | Arrearages: | $0.00 |
| Paid to Trustee: | $680.40 | Total Plan Base: | $32,534.78 |
| Funds on Hand: | $540.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.