United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-13086-pmm |
| Jason T. Cole | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Nov 05, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jason T. Cole, 601 El Hatco Drive, Temple, PA 19560-1109 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Nov 07, 2020 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Jason T. Cole tobykmendelsohn@comcast.net |
| EDEN R. BUCHER | on behalf of Creditor Riverfront Federal Credit Union ebucher@leisawitzheller.com  medwards@leisawitzheller.com |
| FREDERICK L. REIGLE | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com |
| REBECCA ANN SOLARZ | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-4            User: Adminstra            Page 2 of 2

Date Rcvd: Nov 05, 2020            Form ID: pdf900            Total Noticed: 1

WILLIAM MILLER*R      on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com ECF_FRPA@Trustee13.com

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Jason T. Cole,                  :    Chapter 13
        Debtor                :    Bankruptcy No. 18-13086-pmm

## ORDER

AND NOW, upon the consideration of the Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329, and after notice and opportunity for hearing, it is hereby ORDERED and DECREED that the Third Amended Chapter 13 Plan is CONFIRMED.

BY THE COURT:

_____
Patricia M. Mayer
United States Bankruptcy Judge

**Date: November 5, 2020**