# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Jason T. Cole                                  :         Chapter 13
                                                       :
        Debtor                                :
                                                       :         Bankruptcy No. 18-13086-pmm

## ORDER

AND NOW, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan.

IT IS HEREBY ORDERED that the Supplemental Application is APPROVED in the amount of $1,250.00 as legal fees from 10/11/20-11/19/20.  This amount may be paid by the Trustee pursuant to the terms of the confirmed Plan.

BY THE COURT

Dated: 12/16/20

_Patricia M. Mayer_

Patricia M. Mayer
U.S. Bankruptcy Judge