# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   Jason T. Cole,                :   Chapter 13
           Debtor          :   Bankruptcy No. 18-13086-pmm

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. # ___, the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # ___) is **approved.**


Date: _____              _____
                                                        Patricia M. Mayer
                                                         United States Bankruptcy Judge