# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re Jason T. Cole,** : | |
| : | Chapter 13 |
| : | |
| : | Case No. 18-13086 (PMM) |
| : | |
| **Debtor.** : | |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Motion to Modify the confirmed chapter 13 Plan (doc. # 54, the "Motion");

71 is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 66) is **approved**.

*[signature: Patricia M. Mayer]*

**Date:  3/3/22**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE