| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 18-13086-PMM

JASON T COLE
601 EL HATCO DRIVE
TEMPLE PA  19560

Petition Filed Date: 05/08/2018
341 Hearing Date: 06/19/2018
Confirmation Date: 12/20/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $250.00 | 7574577000 | 05/03/2021 | $250.00 | 7643751000 | 06/04/2021 | $230.00 | 7719981000 |
| 07/06/2021 | $250.00 | 7788247000 | 08/04/2021 | $250.00 | 7857515000 | 09/07/2021 | $235.00 | 7929196000 |
| 10/04/2021 | $250.00 | 7988834000 | 11/03/2021 | $240.00 | 8060146000 | 12/06/2021 | $225.00 | 8130054000 |
| 01/04/2022 | $225.00 | 8188542000 | 02/07/2022 | $225.00 | 8260188000 | 03/04/2022 | $225.00 | 8320692000 |
| 04/04/2022 | $225.00 | 8381690000 | 05/04/2022 | $225.00 | 8422967000 | 06/06/2022 | $225.00 | 8495974000 |
| 07/05/2022 | $225.00 | 8568441000 | | | | | | |

**Total Receipts for the Period: $3,755.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $13,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 5 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»»  005 | Unsecured Creditors | $325.21 | $0.00 | $325.21 |
| 1 | CAVALRY SPV INVESTMENTS LLC<br>»»  001 | Unsecured Creditors | $783.42 | $0.00 | $783.42 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  006 | Unsecured Creditors | $923.07 | $0.00 | $923.07 |
| 4 | M&T BANK<br>»»  004 | Mortgage Arrears | $15,949.38 | $3,437.57 | $12,511.81 |
| 3 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  003 | Unsecured Creditors | $320.38 | $0.00 | $320.38 |
| 2 | RIVERFRONT FEDERAL CREDIT UNION<br>»»  002 | Secured Creditors | $10,216.96 | $2,751.18 | $7,465.78 |
| 7 | MENDELSOHN & MENDELSOHN PC<br>»»  007 | Attorney Fees | $3,375.00 | $3,375.00 | $0.00 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,250.00 | $1,250.00 | $0.00 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,290.00 | $1,242.00 | $48.00 |
| 7 | M&T BANK<br>»»  04P | Mortgage Arrears | $10,969.93 | $0.00 | $10,969.93 |

**Chapter 13 Case No. 18-13086-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,400.00 | Current Monthly Payment: | $225.00 |
| Paid to Claims: | $12,055.75 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,137.25 | Total Plan Base: | $47,874.00 |
| Funds on Hand: | $207.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.