United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 18-13086-pmm
Jason T. Cole Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 User: admin Page 1 of 3
Date Rcvd: Apr 06, 2023 Form ID: pdf900 Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason T. Cole, 601 El Hatco Drive, Temple, PA 19560-1109 |
| cr | + | Riverfront Federal Credit Union, c/o Eden R. Bucher, Esquire, Leisawitz Heller, 2755 Century Boulevard, Wyomissing, PA 19610-3346 |
| 14103655 | + | Arcadia, PO Box 6768, Reading, PA 19610-0768 |
| 14103657 | + | EG Smith, 1 Corporate Blvd,, Reading, PA 19608-8942 |
| 14124746 | + | M&T Bank, c/o Rebecca A. Solarz, Esq., 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 14103662 | + | Matthew Fissel, Esq., 701 Market Street, Suite 5000 - BNY Mellon Indepence Center, Philadelphia, PA 19106-1538 |
| 14231528 | + | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14103664 | + | Muhlenberg Township Authority, 2840 Kutztown Road, Reading, PA 19605-2695 |
| 14103666 | + | Pennsylvania Department of Labor and Ind, PO Box 67503, Harrisburg, PA 17106-7503 |
| 14103667 | + | Reading Health System, PO Box 70894, Philadelphia, PA 19176-5894 |
| 14103670 | + | Saint Josephs Medical Center, 2500 Bernville Road, Reading, PA 19605-9453 |
| 14103672 | + | State of New Jersey, PO Box 365, Trenton, NJ 08625-0365 |
| 14103673 | | TLM Chimneys & Home Imporvements, 32 Orchard Road, Fleetwood, PA 19522 |
| 14103674 | + | Topton Family Practice Assoc., 72 East Washington Street, Topton, PA 19562-1018 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 06 2023 23:45:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 06 2023 23:46:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14103656 | + | Email/Text: bankruptcy@cavps.com | Apr 06 2023 23:46:00 | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 14106615 | + | Email/Text: bankruptcy@cavps.com | Apr 06 2023 23:46:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14163133 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 06 2023 23:51:49 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14103658 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 06 2023 23:46:00 | Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 14164430 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 06 2023 23:46:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14103659 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 06 2023 23:45:00 | Lakeview Loan Servicing, 4425 Ponce Deleon Blvd., Miami, FL 33146-1837 |
| 14131966 | ^ | MEBN | Apr 06 2023 23:42:21 | Lakeview Loan Servicing, LLC, c/o M&T Bank, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | P.O. Box 840, Buffalo, NY 14240-0840 |
| 14103660 | | Email/Text: camanagement@mtb.com | Apr 06 2023 23:46:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 14103661 | | Email/Text: camanagement@mtb.com | Apr 06 2023 23:46:00 | M&T Bank, 1792 E. Lancaster Avenue, Paoli, PA 19301 |
| 14103663 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 06 2023 23:46:00 | MCM, Dept 12421, PO Box 603, Oaks, PA 19456-0603 |
| 14126652 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 06 2023 23:46:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14103665 | + | Email/Text: Bankruptcies@nragroup.com | Apr 06 2023 23:46:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14103668 | + | Email/Text: Supportservices@receivablesperformance.com | Apr 06 2023 23:46:00 | Receivables Performanc, 20816 44th Ave W, Lynnwood, WA 98036-7744 |
| 14103671 | | Email/Text: bankruptcy@sequium.com | Apr 06 2023 23:45:00 | Sequim Asset Solutions, LLC, 1130 Northcase Parkway, Suite 150, Marietta, GA 30067 |
| 14104359 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 06 2023 23:51:47 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14562126 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14666448 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14103669 | ##+ | Riverfront Fed Cr Un, 430 S 4th St, Reading, PA 19602-2630 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Jason T. Cole tobykmendelsohn@comcast.net |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 06, 2023 | Form ID: pdf900 | Total Noticed: 31 |

EDEN R. BUCHER
    on behalf of Creditor Riverfront Federal Credit Union ebucher@barley.com  cbrelje@barley.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
    JASON T COLE

Chapter 13

Bankruptcy No. 18-13086-PMM

Debtor

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

Date: April 6, 2023

PATRICIA M. MAYER  
U.S. BANKRUPTCY JUDGE